UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: APOLLONIA CHA'NELL MILLS,

    Debtor.

_____/

TIMOTHY J. MILLER, TRUSTEE,

    Appellant,                                       Case No. 20-11306

v.                                                      Honorable Nancy G. Edmunds

DETROIT LAND DEVELOPMENT
COMPANY,

    Appellee.

_____/

## JUDGMENT

The Court having reviewed the pleadings in this matter and being fully advised in the premises, for the reasons set forth in the opinion and order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that the Bankruptcy Court's order is AFFIRMED, and this bankruptcy appeal is DISMISSED.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: July 27, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2021, by electronic and/or ordinary mail.

            <u>s/Lisa Bartlett</u>
            Case Manager